WILLIAM E. FITZPATRICK
Acting United States Attorney
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | Hon. PETER G. SHERIDAN |
| | *Plaintiff,* | **CRIMINAL No. 12-328** |
| v. | | |
| **VINCENT SARUBBI,** | | **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |
| | *Defendant,* | |
| and | | |
| **BANK OF AMERICA, NA,** **and its successors or assigns,** | | |
| | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Vincent Sarubbi, social security number \*\*\*-\*\*-6555, whose last known address is Manalapan, NJ 07726 in the above cited action in the amount of $436,295.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of June 13, 2017 is $594,900.00.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from June 13, 2017 , and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Vincent Sarubbi has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Vincent Sarubbi .

The name and address of the Garnishee or his authorized agent is:

> Bank of America, NA
> Legal Order Processing/
> 800 Sunoset Drive
> Newark DE 19713

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> WILLIAM E. FITZPATRICK
> Acting United States Attorney
>
> By: CHRISTOPHER D. AMORE
> Assistant U.S. Attorney

**IT IS**, on this ___15___ day of _June_ , 2017,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. PETER G. SHERIDAN, JUDGE
UNITED STATES DISTRICT COURT