WILLIAM E. FITZPATRICK
Acting United States Attorney
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **VINCENT SARUBBI,** *Defendant,* and **JP MORGAN CHASE BANK, NA/CHASE BANK USA** | Hon. PETER G. SHERIDAN CRIMINAL No. 12-328 APPLICATION AND ORDER FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Vincent Sarubbi, social security number \*\*\*-\*\*-6555, whose last known address is Manalapan, NJ 07726 in the above cited action in the amount of $436,295.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of June 14, 2017 is $594,900.00.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from June 14, 2017, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Vincent Sarubbi has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Vincent Sarubbi.

The name and address of the Garnishee or his authorized agent is:

> JP Morgan Chase Bank/Chase Bank, USA
> 7610 Washington Street
> Indianapolis, IN 46321

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

WILLIAM E. FITZPATRICK
Acting United States Attorney

By: CHRISTOPHER D. AMORE
Assistant U.S. Attorney

IT IS, on this ___15___ day of ___June___, 2017,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. PETER G. SHERIDAN, JUDGE
UNITED STATES DISTRICT COURT

PAUL J. FISHMAN